IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02807-WYD-BNB

MAGYN PHELPS,

Plaintiff,

v.

MILE HI CABLE PARTNERS, L.P.,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion for Entry of Protective Order** [docket no. 18, filed March 5, 2009] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED.


DATED: March 6, 2009